x:\tc51282\adoption

ROGER P. McTIERNAN, JR. (PRM 1680)
BARRY, McTIERNAN & MOORE
2 Rector Street – 14th Floor
New York, New York 10006
(212) 313-3600

Attorneys for Defendants STRUCTURE TONE, INC. s/h/a STRUCTURE TONE
(UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
----------------------------------------------------------------------X
IRUING RENGIFO,

         Plaintiff,

**NOTICE OF
ADOPTION**

    -against-

**07 CV 01690**

90 CHURCH STREET LIMITED PARTNERSHIP,
AMBIENT GROUP, INC., BATTERY PARK CITY
AUTHORITY, BELFOR USA GROUP, INC., BOARD
OF MANAGERS OF THE HUDSON VIEW EAST
CONDOMINIUM, BOSTON PROPERTIES, INC.,
HUDSON VIEW EAST CONDOMINIUM, HUDSON
VIEW TOWERS ASSOCIATES, RY MANAGEMENT
CO., INC., RY MANAGEMENT, STRUCTURE TONE
(UK), INC., STRUCTURE TONE GLOBAL SERVICES,
INC., ET AL,

        Defendants.
----------------------------------------------------------------------X

   PLEASE TAKE NOTICE that defendants, STRUCTURE TONE, INC. s/h/a

STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES,

INC. (hereinafter "STRUCTURE TONE"), as and for their responses to the allegations

set forth in the Complaint by Adoption (Check-Off Complaint) related to the Master

Complaint filed in the above-referenced action, hereby adopts STRUCTURE TONE's